RECEIVED
IN ALEXANDRIA, LA

MAY 12 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH L. JAMES<br>LA. DOC #157434<br>VS. | CIVIL ACTION NO. 1:10-CV-0092<br>SECTION P<br>JUDGE TRIMBLE |
| LT. HERZOG, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 12th day of May, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE